IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-106-BO

PAULA D. GEORGE, )
            Plaintiff, )
)
v. ) O R D E R
)
RAY MABUS, Secretary of the Navy, )
            Defendant. )
_____)

This cause comes before the Court on plaintiff's motion for settlement. The Court dismissed this action by order filed on February 6, 2012. The Court's dismissal was affirmed by the court of appeals in an opinion entered May 1, 2012. Accordingly, as this matter remains closed on the Court's docket no action is currently pending, the Court DENIES AS MOOT plaintiff's motion for settlement [DE 35].

SO ORDERED, this _19_ day of February, 2013.

                                                    /s/ Terrence Boyle
                                                    TERRENCE W. BOYLE
                                                    UNITED STATES DISTRICT JUDGE